UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEO GALLAGHER
d/b/a "GALLAGHER" and
SOLD OUT SHOWS, INC.,

    Plaintiffs and
      Counter-Defendants,

-vs-

RON GALLAGHER,
CLASSIC PRODUCTIONS, INC.,

    Defendants and
      Counter-Plaintiffs,

and

CLASSIC ENTERTAINMENT, INC.,

    Defendant.

Case No. 99-75657
Hon. Paul D. Borman
Magistrate Judge Pepe

---

DOUGLAS W. SPRINKLE (P25236)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C
Attorneys for Plaintiffs
  Counter-Defendants
280 North Old Woodward Avenue
Suite 400
Birmingham, MI 48009
(248) 647-6000

NEAL W. KNIGHT, JR. (FL093737)
Co-Counsel for Plaintiffs
  Counter-Defendants
321 Royal Poiciana Plaza S.
P.O. Box 431
Palm Beach, FL 33480
(561) 659-1770

JAMES R. COLE (WI 01013023)
GREGORY T. EVERTS (WI01001636)
Co-Counsel for Plaintiffs
  Counter-Defendants
Firstar Plaza, 1 S. Pickney St
P.O. Box 2113
Madison, WI 53701
(608) 241-9166

SHARI LESNICK (P39746)
Attorney for Defendant and
 Counter-Plaintiff Ron
Gallagher
30700 Telegraph Rd., Suite 4646
Bingham Farms, MI 48025
(248) 646-5511

Evans & Parker, P.C.

121

| | |
|---|---|
| ROBERT S. ROLLINGER (P27237)<br>Co-Counsel for Defendant and<br>Counter-Plaintiff Ron<br>Gallagher<br>30700 Telegraph Rd.<br>Suite 4646<br>Bingham Farms, MI 48025<br>(248) 646-6460 | MARK D. EVANS (P34517)<br>EVANS & PARKER, P.C.<br>Attorneys for Defendant and<br>Counter-Plaintiff<br>Classic Productions, Inc.<br>1825 South Woodward Avenue<br>Suite 190<br>Bloomfield Hills, MI 48302<br>(248) 333-1700 |

_____/

## MOTION TO SHORTEN TIME FOR HEARING AND DECISION ON CLASSIC PRODUCTIONS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR TEMPORARY RELIEF FROM PREMILINARY INJUNCTION

Defendant and Counter-Plaintiff Classic Productions, Inc., by and through its attorney, Evans & Parker, P.C., move this Court to shorten the time for hearing and decision on Classic Production's Motion To Enforce Settlement Agreement And For Temporary Relief From Preliminary Injunction based on the following:

1.) Classic Productions Motion To Enforce Settlement Agreement And For Temporary Relief From Preliminary Injunction seeks relief from this Court's July 7, 2000 Order of Preliminary Injunction as it pertains to _inter alia_ Ron Gallagher shows which have been scheduled for July 15, 2000 in Decatur, Illinois and July 28 and 29, 2000 in Canton, Ohio for which Classic Productions has made expenditures and incurred obligations and tickets have been sold.

2

2.) If the usual time as provided by Local Rule 7.1 (10 days after service of motion for a response) is permitted, the July 15, 2000 date will have come and gone, persons who have purchased tickets will have been disrupted and Classic Productions will have been damaged both economically and as to its reputation within the community.

3.) No prejudice or harm will result to Plaintiffs Leo Gallagher, Jr. and Sold Out Shows, Inc. as a result of the shortening of time for response, hearing and decision on Defendant Classic Productions' Motion particularly under circumstances where Plaintiffs agreed that the production of these shows could go forward during Gallagher's convalescence period.

WHEREFORE, Defendant and Counter-Plaintiff Classic Productions, Inc. respectfully requests that this Court shorten the time for response and conduct an immediate hearing by telephone conference call of the subject motion.

EVANS & PARKER, P.C.

By _____
Mark D. Evans (P34517)
Attorney for Defendant
  Classic Productions, Inc.
1825 South Woodward Avenue
Suite 190
Bloomfield Hills, MI 48302
(248) 333-1700

Date: July 11, 2000

classic productions emergency motions for order.doc

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEO GALLAGHER
d/b/a "GALLAGHER" and
SOLD OUT SHOWS, INC.,

    Plaintiffs and
      Counter-Defendants,

-vs-

RON GALLAGHER,
CLASSIC PRODUCTIONS, INC.,

    Defendants and
      Counter-Plaintiffs,

and

CLASSIC ENTERTAIMENT, INC.,

    Defendant.

Case No. 99-75657
Hon. Paul D. Borman
Magistrate Judge Pepe

---

DOUGLAS W. SPRINKLE (P25236)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C
Attorneys for Plaintiffs
  Counter-Defendants
280 North Old Woodward Avenue
Suite 400
Birmingham, MI 48009
(248) 647-6000

NEAL W. KNIGHT, JR. (FL093737)
Co-Counsel for Plaintiffs
  Counter-Defendants
321 Royal Poiciana Plaza S.
P.O. Box 431
Palm Beach, FL 33480
(561) 659-1770

JAMES R. COLE (WI 01013023)
GREGORY T. EVERTS (WI01001636)
Co-Counsel for Plaintiffs
  Counter-Defendants
Firstar Plaza, 1 S. Pickney St
P.O. Box 2113
Madison, WI 53701
(608) 241-9166

SHARI LESNICK (P39746)
Attorney for Defendant and
 Counter-Plaintiff Ron
Gallagher
30700 Telegraph Rd., Suite 4646
Bingham Farms, MI 48025
(248) 646-5511

| | |
|---|---|
| ROBERT S. ROLLINGER (P27237)<br>Co-Counsel for Defendant and<br>Counter-Plaintiff Ron<br>Gallagher<br>30700 Telegraph Rd.<br>Suite 4646<br>Bingham Farms, MI 48025<br>(248) 646-6460 | MARK D. EVANS (P34517)<br>EVANS & PARKER, P.C.<br>Attorneys for Defendant and<br>Counter-Plaintiff<br>Classic Productions, Inc.<br>1825 South Woodward Avenue<br>Suite 190<br>Bloomfield Hills, MI 48302<br>(248) 333-1700 |

## BRIEF IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING AND DECISION ON CLASSIC PRODUCTIONS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR TEMPORARY RELIEF FROM PREMILINARY INJUNCTION

Defendant Classic Productions, Inc., relies upon local Rule 7.1 and Rule 6 of the Federal Rules of Civil Procedure and upon the materials submitted in connection with Defendant and Counter-Plaintiffs Classic Productions, Inc. motion to enforce settlement agreement and for temporary relief from preliminary injunction.

EVANS & PARKER, P.C.

By _____
Mark D. Evans (P34517)
Attorney for Defendant and
Counter-Plaintiff
  Classic Productions, Inc.
1825 South Woodward Avenue
Suite 190
Bloomfield Hills, MI 48302
(248) 333-1700

Date: July 11, 2000

classic productions brief in support ofemergency motions for order.doc

2