# CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED

OCT 26 2000

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

LEO GALLAGHER, a/k/a "GALLAGHER,"
and SOLD OUT SHOWS, INC.,

    Plaintiffs/Counter-Defendants,

v.

RON GALLAGHER,

    Defendant/Counter-Plaintiff,

and

CLASSIC ENTERTAINMENT, INC., and
CLASSIC PRODUCTIONS, INC.

    Defendants.

CASE NO. 99-75657

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE



RECEIVED
OCT 25 2000
CLERK'S OFFICE
U.S. DISTRICT COURT

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the Plaintiffs and Defendant, Classic Productions, Inc., it is hereby ordered that all claims of the Plaintiff's Complaint against Defendant, Classic Productions, Inc. and all counterclaims of the Defendant, Classic Productions, Inc., against the plaintiffs be and hereby are dismissed with prejudice, without costs and without further notice to any party.

SO ORDERED this 26 day of October, 2000.

BY THE COURT:

_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
OCT 26 2000
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

LEO GALLAGHER, a/k/a "GALLAGHER,"
and SOLD OUT SHOWS, INC.,

      Plaintiffs/Counter-Defendants,

v.

RON GALLAGHER,

      Defendant/Counter-Plaintiff,

and

CLASSIC ENTERTAINMENT, INC., and
CLASSIC PRODUCTIONS, INC.

      Defendants.

CASE NO. 99-75657

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

RECEIVED
OCT 25 2000
CLERK'S OFFICE
U.S. DISTRICT COURT

## STIPULATION FOR PERMANENT DISMISSAL

Plaintiffs, Leo Gallagher, d/b/a "Gallagher," and Sold Out Shows, Inc., by their attorney, James R. Cole of Quarles & Brady, LLP, and defendant and counter-plaintiff Classic Productions, Inc. by its attorney, Mark D. Evans of Evans & Parker P.C., hereby stipulate and agree that all claims in the plaintiffs' complaint alleged against defendant Classic Productions, Inc. and all claims of the defendant Classic Productions, Inc. against the plaintiffs alleged in its counterclaim may be dismissed, with prejudice, without costs and without further notice.

QBMAD\228368.1

LEO GALLAGHER, d/b/a "Gallagher," and
SOLD OUT SHOWS, INC.,
Plaintiffs/Counter-Defendants

Dated: Sept. 25, 2000   By: _____
James R. Cole, Their Attorney
Quarles & Brady LLP
One South Pinckney Street
P.O. Box 2113
Madison, WI  53701-2113
608/251-5000
Fax:  608/251-9166


CLASSIC   PRODUCTIONS,   INC.,
Defendant/Counter-Plaintiff,

Dated: OCTOBER 24, 2000   By: _____
Mark D. Evans
Evans & Parker, P.C.
Suite 190
1825 South Woodward Avenue
Bloomfield Hills, MI  48302

QBMAD\228368.1                                2